FILED
2007 JUN 26 AM 9:26
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEACH, an individual, SARAH LEACH, an individual, and THE ESTATE OF SIERRA LEACH, by and through the personal representative, SARAH LEACH;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, SPECTRUM HEALTHCARE RESOURCES, INC., and DOES 1 to 50;<br><br>Defendants. | Case No. 06cv0360L (JMA)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>Magistrate: Hon. Jan M. Adler<br>District Ct. Judge: Hon. M. James Lorenz |

After reviewing the parties' joint motion and stipulation for dismissal of this entire action and all parties, causes of action, and defenses with prejudice [Docket No. 32], and finding good cause for the relief requested, the motion to dismiss is **GRANTED**.

Dated: June 25, 2007

M. James Lorenz
United States District Court Judge

- 1 -    Case No. 06cv0360L (JMA)

JOINT MOTION AND STIPULATION TO DISMISS; ORDER THEREON

Tatro & Zamoyski, LLP
12264 El Camino Real,
Suite 400
San Diego, CA 92130-3063
(858) 244-5032